IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WILLIAM B. TURNER,

      Plaintiff,    JUDGMENT IN A CIVIL CASE

v.             13-cv-696-bbc

JOHN ALBERT,
Dane County Circuit Court Judge and
CARLO ESQUEDA,
Dane County Circuit Court Clerk,

      Defendants.

  This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

  IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

| /s/ | 10/17/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |